UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ERNESTO YANEZ GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No.:  3:26-cv-2420-CAB-MSB<br><br>**ORDER REQUIRING BOND HEARING & DENYING TRO AS MOOT**<br><br>**[Doc. No. 3]** |

Pending before the Court is Petitioner German Ernesto Yanez Gomez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims that the Department of Homeland Security has erroneously classified him as subject to mandatory detention under 8 U.S.C. § 1225, instead of § 1226(a). [*Id.* at 3, 9.] Petitioner also filed a motion for a temporary restraining order seeking immediate release or a bond hearing, and to prohibit his transfer out of this district while his case is pending. [Doc. No. 2 at 10.]

Respondents argue that Petitioner is subject to mandatory detention under § 1225(b)(2), but "acknowledge[] that this Court's prior decisions will control the result here if the Court adheres to its prior decisions, as the facts are not materially distinguishable for purposes of the Court's decisions, and on that basis . . . do[] not oppose the petition and defer[] to the Court on the appropriate relief." [Doc. No. 6 at 2.]

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **May 19, 2026**.  The Clerk of the Court shall close the case on May 26, 2026 unless the Court is notified that the bond hearing did not occur.

Moreover, Petitioner's motion for a temporary restraining order, [Doc. No. 3], is **DENIED as moot** given that the Court now orders the bond hearing which he seeks and that Respondents cannot transfer him out of the district during the pendency of this case per the Court's minute order on April 16, 2026, [Doc. No. 4].

It is **SO ORDERED**.

Dated:  May 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-2420-CAB-MSB